UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-80029-COHN\SNOW

18 USC 2422(b)

UNITED STATES OF AMERICA,

v.

LARONN HOUSTON,

Defendant.
_____/



FILED by ___ D.C.
MAR 08 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

### INDICTMENT

The Grand Jury charges that:

### COUNT ONE

Beginning on or about August 5, 2004, and continuing through on or about September 30, 2004, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

LARONN HOUSTON,

did knowingly use a facility and means of interstate commerce, that is, the America OnLine computer service, to attempt to persuade, induce and entice an individual who had not attained the age of eighteen (18) years, to engage in sexual activity for which any person

14 cx

can be charged with a criminal offense, to wit, a violation of Florida State Statute 800.04(4)(b) (Lewd or lascivious battery); in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL

FOREPERSON (Schean E Taylor)

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

KIMBERLY DUNN ABEL
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
OUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80029-COHN/SNOW

UNITED STATES OF AMERICA

vs.

**CERTIFICATE OF TRIAL ATTORNEY\***

LARONN HOUSTON

      Defendant.
_____/

**Superseding Case Information**:

**Court Division**: (Select One)

\_\_ Miami    \_\_ Key West
\_\_ FTL    _X_ WPB    \_\_ FTP

New Defendant(s)    Yes \_\_    No \_\_
Number of New Defendants    \_\_
Total number of counts    \_\_

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    No
   List language and/or dialect

4. This case will take _4_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)      (Check only one)

   I    0 to 5 days    _X_    Petty    \_\_
   II    6 to 10 days    \_\_    Minor    \_\_
   III    11 to 20 days    \_\_    Misdem.    \_\_
   IV    21 to 60 days    \_\_    Felony    _X_
   V    61 days and over    \_\_

6. Has this case been previously filed in this District Court? (Yes or No)    No
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) Yes
   If yes:
   Magistrate Case No.    05-5050-AEV
   Related Miscellaneous numbers: N/A
   Defendant(s) in federal custody as of    February 23, 2005
   Defendant(s) in state custody as of    N/A
   Rule 20 from the N/A    District of

   Is this a potential death penalty case? (Yes or No) No

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? \_\_ Yes _X_ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? \_\_ Yes _x_ No
   If yes, was it pending in the Central Region? \_\_ Yes \_\_ No

9. Did this case originate in the Narcotics Section, Miami? \_\_ Yes _x_ No

             _/s/ Kimberly Abel_
             KIMBERLY DUNN ABEL
             ASSISTANT UNITED STATES ATTORNEY
             Fla Bar No. 0134015

\*Penalty Sheet(s) attached              REV.7/11/03

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**PENALTY SHEET**

Defendant's Name: LARONN HOUSTON     No.: 05-80029-COHN/SNOW

Count #: 1

18 USC § 2422(b)

Use of a facility of interstate commerce to attempt to entice a minor to engage in sexual activity

*Max. Penalty: 5 to 30 Years Imprisonment, and $250,000 Fine

Count #:

*Max. Penalty:
Count #:

*Max. Penalty:
Count #:

*Max. Penalty:
Count #:

*Max. Penalty:
Count #:

*Max. Penalty:
Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

FGJ 03-02 (WPB)

GJ 02-106

No. CR-80029-COHN/SNOW

# UNITED STATES DISTRICT COURT

Southern **District of** Florida

Northern **Division**

## THE UNITED STATES OF AMERICA

vs.

LARONN HOUSTON

## INDICTMENT

18 USC 2422(b)

A true bill.

_____
Foreman

Filed in open court this 8th

day of March, A.D. 20 05

_____
Clerk

Bail. $ _____

GPO 863 928