UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-80029-COHN/SNOW

UNITED STATES OF AMERICA

vs.

LARONN HOUSTON,

    Defendant.
_____/

### GOVERNMENT'S RESPONSE TO DEFENDANT'S
### MOTION FOR RULE TO SHOW CAUSE

The United States of America hereby files its response to Defendant Laronn Houston's Motion for Rule to Show Cause, and states as follows:

1. On April 27, 2005, the defendant pled guilty to attempted online enticement of a child, in violation of Title 18, United States Code, Section 2422(b). On July 15, 2005, he was sentenced to a term of 5 years' imprisonment.

2. On April 18, 2006, the defendant filed an unopposed motion for return of property, requesting the return of "all property seized by the government that no longer has evidentiary value." On the same date, this Court granted the defendant's motion.

3. Subsequent to the issuance of this Court's order on April 18, 2006, the undersigned contacted agents of the Federal Bureau of Investigation (FBI), and the United States Customs Service (USCS) in an effort to determine which items could be returned to the defendant. At that time, the seized items were located at the Palm Beach County Sheriff's Office (PBSO). Special Agent Greg Stine of the USCS then telephonically contacted the law offices of David

       Joffe to advise defense counsel that the property was available for pick up at PBSO, and that a member of the defendant's family, or Mr. Joffe as the defendant's legal representative, could sign for the property and retrieve it at any time.

4. Unbeknownst to the government, the property was never retrieved. The government first learned that the property was still in PBSO custody after the defendant filed the instant Motion for Rule to Show Cause on September 21, 2006. Upon receipt of this motion, the undersigned contacted David Joffe, counsel for the defendant, who advised that he had not retrieved the property from PBSO because he believed it to be the government's obligation to deliver the property to defense counsel or to the defendant's family.

5. In compliance with the court's order of April 18, 2006, the government made this property available to the defendant. Until the filing of this Motion for Rule to Show Cause, the undersigned was not aware that defense counsel expected the property to be delivered to him. Had counsel consulted with the undersigned prior to the filing of this motion, consistent with the requirements of Local Rules, this matter could have been resolved easily and without the need of court intervention.

6. During the week of October 2, 2006, the undersigned was in contact with Special Agent Greg

Stine, who advised that the defendant's personal property would be delivered by a government agent to the law offices of David Joffe on or before Friday, October 13, 2006.

>Respectfully Submitted,
>
>R. ALEXANDER ACOSTA
>UNITED STATES ATTORNEY
>
>By:          s/
>     KIMBERLY DUNN ABEL
>     ASSISTANT UNITED STATES ATTORNEY
>     Florida Bar No. 0134015
>     500 S. Australian Avenue, Suite 400
>     West Palm Beach, FL 33401
>     Tel: (561) 820-8711
>     Fax: (561) 820-8777

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 16, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                 s/
                                    Kimberly Dunn Abel
                                    Assistant United States Attorney

## SERVICE LIST

**United States v. Laronn Houston**
**Case No. 05-80029-Cr-Cohn/Snow**
**United States District Court, Southern District of Florida**

Kimberly Dunn Abel
Assistant U.S. Attorney
kimberly.abel@usdoj.gov
U.S. Attorney's Office
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 820-8777
Attorney for United States
[Service via CM/ECF]

David Joffee, Esq.
Joffe & Joffe, P.A.
Southtrust Bank Building
One East Broward Blvd., Suite 700
Fort Lauderdale, FL 33301
Telephone: 954/723-0007
Facsimile: 954/723-0033
Attorney for Defendant Laronn Houston
[Service via U.S. Mail]